```
TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: (510) 970-4853
      Facsimile: (415) 744-0134
      Email: paul.sachelari@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONTE DEANDREA CLARK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:21-cv-07894-ADS<br><br>**JUDGMENT OF REMAND** |

　　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED:  2/22/2022            /s/ Autumn D. Spaeth
                             HON. AUTUMN D. SPAETH
                             UNITED STATES MAGISTRATE JUDGE